IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CLASSIC CHEESECAKE COMPANY, ) | |
| INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CAUSE NO. 1:05-cv-0236-WTL-JDT |
| ) | |
| JPMORGAN CHASE BANK, ) | |
| ) | |
| Defendant. ) | |

### ENTRY ON MOTION TO STRIKE

This cause is before the Court on the Defendant's motion to strike the Plaintiffs' reply brief as untimely. The motion is **DENIED**. Inasmuch as the Court's most recent order regarding the briefing of the motion in question did not contain a deadline for the reply brief, the applicable deadline was that found in Local Rule 7.1, which is seven days from the date of the response. The response was filed on May 25, 2007. By operation of Federal Rule of Civil Procedure 6, intervening weekends and holidays (which in this case included Memorial Day) are not counted, and three additional days are added for "mailing," even though service was made electronically. Thus, while it might seem to be an extraordinarily long seven-day period, in fact the Plaintiffs' reply brief was timely filed on June 11, 2007.

SO ORDERED: June 13, 2007

*William T. Lawrence*

Hon. William T. Lawrence, Magistrate Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification