UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CLASSIC CHEESECAKE COMPANY, INC., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) )   CAUSE NO. 1:05-cv-0236-WTL-JDT |
| JPMORGAN CHASE BANK, | ) ) ) |
| Defendant. | ) |

## AMENDED JUDGMENT

Judgment is hereby entered in favor of Plaintiff Classic Cheesecake Company, Inc., and against Defendant JPMorgan Chase Bank as follows: (1) punitive damages in the amount of $10,000.00; (2) attorney's fees in the amount of $53,032.50; and (2) costs in the amount of $2,748.65.

Judgment is hereby entered in favor of Defendant JPMorgan Chase Bank and against Plaintiffs Heartland Foods, Inc., Karen Curry, Danny Woods, and Keya Macon.

SO ORDERED:  11/02/2007

_____
Hon. William T. Lawrence, Magistrate Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification